UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARREN KENT ROHRER,

    Plaintiff,

v.                                                    Case No. 3:14cv146/LC/CJK

CAROLYN COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On April 3, 2014, the court entered an order granting plaintiff leave to proceed *in forma pauperis*.  *See* doc. 4.  The court also advised that, before the matter could proceed, plaintiff would be required to submit an amended complaint in proper form. The court attached to its order a redacted copy of a complaint the plaintiff could use as a guide in that regard, advised plaintiff as to certain information that needed to be included in or with his complaint, and allowed plaintiff fourteen days in which to file an amended complaint.  After more than fourteen days passed and plaintiff failed to comply, the court entered another order directing plaintiff to show cause within fourteen days why this case should not be dismissed for failure to prosecute and/or failure to comply with an order of the court.  *See* doc. 5.  More than fourteen days have passed since the court entered its order and plaintiff has failed to respond. Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 30th day of May, 2014.

                                       */s/ Charles J. Kahn, Jr.*
                                       **CHARLES J. KAHN, JR.**
                                       **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).