UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARREN KENT ROHRER,

    Plaintiff,

v.                                                          Case No. 3:14cv146/LC/CJK

CAROLYN COLVIN,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 30, 2014 (doc. 6).  The plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation,  I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of June, 2014.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**